# Levy Ratner

*Attorneys*

| | | |
|---|---|---|
| Daniel J. Ratner | Robert H. Stroup | Kimberly A. Lehmann* |
| Pamela Jeffrey | Dana E. Lossia* | Aleksandr L. Felstiner• |
| Carl J. Levine* | Micah Wissinger | Jessica I. Apter* |
| David Slutsky* | Ryan J. Barbur | Geoffrey A. Leonard♦ |
| Allyson L. Belovin | Laureve D. Blackstone* | Maceo C. Torres-Trujillo |

*Of Counsel*

Patricia McConnell
Linda E. Rodd

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175
o 212.627.8100
f 212.627.8182
levyratner.com

June 18, 2024

**BY ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Wilcox v. Local 1-2, Utility Workers of America, et al.*, 24-cv-02877 (RA)
**(Request for Adjournment of Telephonic Conference)**

Dear Judge Abrams:

This firm represents Defendants in the above captioned matter. The Court's April 19, 2024 Order set a telephonic conference for this Friday, June 21, 2024 at 3 p.m. Defendants filed an unopposed Motion to Dismiss on May 24, 2024 (ECF Docket No. 19).

Defendants request that the Court postpone the June 21 initial conference until after such time as the Court rules on Defendants' Motion to Dismiss.

Plaintiffs' counsel does not join in this request and indicated that he wishes to write separately. No prior requests for adjournment of the initial conference have been made.

MW:
cc: Arthur Schwartz (via ECF)

Respectfully submitted,

G. Micah Wissinger

---

The telephonic conference, currently scheduled for June 21, 2024, is hereby adjourned. By separate order, this matter has been referred to Magistrate Judge Cott for general pretrial management. All pretrial disputes shall be addressed to Judge Cott.

SO ORDERED.

Hon. Ronnie Abrams
June 20, 2024