UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RODERICK WILCOX and FRANCISCO HERNANDEZ,

                              Plaintiffs,

                 -against-

LOCAL 1-2, UTILITY WORKERS UNION OF AMERICA; JAMES SHILLITTO, in his capacity as President, Local 1-2, Utility Workers Union of America; and JOHN CAPRA, in his capacity as Secretary-Treasurer, Local 1-2, Utility Workers Union of America,

                            Defendants.
-----------------------------------------------------------------X

**ORDER**

**24-CV-2877 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court held a settlement conference in this matter on October 28, 2024, where the Parties made significant progress towards an agreement. The Parties are ordered to inform the Court via email by November 6, 2024, whether: (1) a settlement has been reached; (2) further assistance from the Court is required; or (3) the Parties wish to proceed with litigation.

      SO ORDERED.

DATED:   New York, New York
               October 30, 2024

                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge