UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RODERICK WILCOX and FRANCISCO
HERNANDEZ,

          Plaintiffs,

          v.

LOCAL 1-2, UTILITY WORKERS UNION OF
AMERICA; JAMES SHILLITTO, *in his capacity
as President, Local 1-2, Utility Workers Union of
America*; and JOHN CAPRA, *in his capacity as
Secretary-Treasurer, Local 1-2, Utility Workers
Union of America*,

          Defendants.

24-CV-2877 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    In light of the parties' ongoing efforts to finalize a settlement agreement, this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:      January 13, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge