**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RODERICK WILCOX and FRANCISCO HERNANDEZ,

                    Plaintiffs,                    **ORDER**

            -against-                    24-CV-2877 (RA) (JW)

LOCAL 1-2, UTILITY WORKERS UNION OF AMERICA; JAMES SHILLITTO, in his capacity as President, Local 1-2, Utility Workers Union of America; and JOHN CAPRA, in his capacity as Secretary-Treasurer, Local 1-2, Utility Workers Union of America,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 28, 2024, The Court held a settlement conference in this matter. Shortly thereafter on October 30, 2024, the Court filed an order requiring the Parties to inform the Court by November 6, 2024, whether a settlement had been reached. Dkt. No. 37.

On November 6, 2024, via email, the Parties informed the Court that they agreed on the terms of a settlement and that if any disputes arose while completing the process, the Parties would inform the Court via letter applications.

The Parties are ordered to file a joint letter **by April 17, 2025**, providing the Court with a status update on the progress of completing the settlement, including whether any current disputes exist. The joint letter shall not exceed five pages.

SO ORDERED.

DATED:   New York, New York
         April 10, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge