UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RODERICK WILCOX and FRANCISCO
HERNANDEZ,

                              Plaintiffs,                    **ORDER**

                      -against-                              **24-CV-2877 (RA) (JW)**

LOCAL 1-2, UTILITY WORKERS UNION
OF AMERICA; JAMES SHILLITTO, in his
capacity as President, Local 1-2, Utility
Workers Union of America; and JOHN
CAPRA, in his capacity as Secretary-
Treasurer, Local 1-2, Utility Workers
Union of America,
                              Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On October 28, 2024, the Court held a settlement conference in this matter. Shortly thereafter on October 30, 2024, the Court filed an order requiring the Parties to inform the Court by November 6, 2024, whether a settlement had been reached. Dkt. No. 37.

      On November 6, 2024, via email, the Parties informed the Court that they agreed on the terms of a settlement and that if any disputes arose while completing the process, the Parties would inform the Court via letter applications. On April 10, the Court ordered the parties to provide a status update on settlement. Dkt. No. 39. The parties separately provided an update that finalizing settlement was in progress. Dkt. Nos. 40–41.

Having seen no updates on the docket since then, the Court orders the parties to file a joint status letter, no more than two pages, providing the Court with a status update on the progress of completing the settlement by **October 8, 2025 at 5:00 PM**.

SO ORDERED.

DATED:   New York, New York
September 29, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge