UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RODERICK WILCOX and FRANCISCO
HERNANDEZ,

                              Plaintiffs,

                      -against-

LOCAL 1-2, UTILITY WORKERS UNION
OF AMERICA; JAMES SHILLITTO, in his
capacity as President, Local 1-2, Utility
Workers Union of America; and JOHN
CAPRA, in his capacity as Secretary-
Treasurer, Local 1-2, Utility Workers
Union of America,

                              Defendants.
------------------------------------------------------------------X

**ORDER**

**24-CV-2877 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court is in receipt of Defendants' status update letter at Dkt. No. 43. Because the Court has not heard from Plaintiffs on the status of settlement discussions, the Court orders Plaintiffs to update the Court by **5:00 PM on October 24, 2025.**

       SO ORDERED.

DATED:   New York, New York
                October 17, 2025

                                                                  */s/ Jennifer E. Willis*
                                                                  JENNIFER E. WILLIS
                                                                  United States Magistrate Judge