**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RODERICK WILCOX and FRANCISCO
HERNANDEZ,

                        Plaintiffs,                       **ORDER**

          -against-                       **24-CV-2877 (RA) (JW)**

LOCAL 1-2, UTILITY WORKERS UNION
OF AMERICA; JAMES SHILLITTO, in his
capacity as President, Local 1-2, Utility
Workers Union of America; and JOHN
CAPRA, in his capacity as Secretary-
Treasurer, Local 1-2, Utility Workers
Union of America,

                        Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 9, 2025, the Court ordered the parties to file a joint status letter on the progress of settlement by January 15, 2026. Dkt. No. 48. The Court has not received an update to date. The parties are therefore ordered to file a joint status letter by **February 25, 2026**, updating the Court on settlement progress. The parties are reminded that they are expected to maintain professionalism and comply with the Court's orders in a timely fashion in the future.

      SO ORDERED.

DATED:    New York, New York
           February 18, 2026

                                    _____
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge