UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODERICK WILCOX and FRANCISCO HERNANDEZ, <br><br>     Plaintiffs, <br><br>    v. <br><br>LOCAL 1-2, UTILITY WORKERS UNION OF AMERICA; JAMES SHILLITTO, in His Capacity as President, Local 1-2, Utility Workers Union of America; and JOHN CAPRA, in His Capacity as Secretary-Treasurer, Local 1-2, Utility Workers Union of America, <br><br>     Defendants. | 24-CV-2877 (RA) <br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On April 3, 2026, Defendants provided an update in response to Judge Willis's March 12, 2026 order, indicating that Plaintiffs refused to contribute to the joint status update, and furthermore have not complied with the Parties' Agreement Concerning Stipulated Dismissal. *See* Dkt. No. 41-1. Accordingly, Defendants plan to prepare a stipulation of dismissal and seek voluntary termination of this litigation. *See* Dkt. No. 54.

Plaintiffs are ordered to provide a status update to the Court no later than April 24, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   April 16, 2026
     New York, New York

_____
Ronnie Abrams
United States District Judge